IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


TERRY A. BURLISON,

       Appellant,

 v.                               Case No.    5D22-276
                                       LT Case No. 2019-CA-1518

JEFFERY BENFIELD D/B/A GREEN
OAKS MANOR MOBILE HOME PARK,

       Appellee.

_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Terry A. Burlison, Kissimmee, pro se.

B. Snow Boyd, of Buchanan &
Buchanan, P.A., Ocala, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, WALLIS and NARDELLA,  JJ., concur.